**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Rudolph Chavez, ) | **DEFAULT JUDGMENT** |
| ) | |
| Plaintiff, ) | CV10-0232-PHX-NVW |
| ) | |
| v. ) | |
| ) | |
| Western New York Capital, Inc., ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Court's order filed this date and upon the Court's instruction therein, default judgment is entered for the Plaintiff and against Defendant Western New York Capital, Inc. in the amount of $1,000.00 in statutory damages and $2541.70 in attorneys' fee, with taxable costs and interests from the date of judgment at the federal rate.

DEFAULT JUDGMENT ENTERED this 28th day of May, 2010.

RICHARD H. WEARE
District Court Executive/Clerk

s/E. Leon
By: Deputy Clerk